## Azimuth Pointing System™ (APS)

**Total solution for antenna alignment and verification for maximum performance**

- Complete solution for antenna alignment and verification
- Accurate measurement – accuracy 0.5º, in under 5 minutes
- Over 80 antenna alignments & verifications on a single charge
- GPS compass: unaffected by metal tower construction
- No declination required
- Long distance point to point antenna alignment
- Align inactive or active antennas – immune to RF
- Universal Mounting Bracket for different types of antennas
- Fully integrated Bluetooth for wireless operation
- PC software for Carrier profiles and report generation

**EASE OF USE • RELIABLE • SCALABLE • ACCURATE**



### GOING GLOBAL
### APS Users World-wide



**Join our growing network of companies who have discovered the advantages of the Azimuth Pointing System™ (APS)**

**Contact us for more information**

Canadian and
International Sales:
Multiwave Sensors Inc.
8510 Torbram Road, Unit 67
Brampton, Ontario L6T 5C7
(905) 458-9060
info@multiwavesensors.com

*MultiWave Sensors™*

For US Sales:
Laser Technology Inc.
7070 S. Tucson Way
Centennial, CO 80112
(303) 649-1000 or 877-OWN-A-LTI
info@lasertech.com

**LASER TECHNOLOGY**
Measurably Superior®

**www.multiwavesensors.com**

**FACT: ANTENNA ALIGNMENT IS CRITICAL TO YOUR WIRELESS NETWORK PERFORMANCE**

# *Maximize the potential of your wireless network*



SITE ID: SC005
TARGET AZIMUTH: 181
MEASURED AZIMUTH: 181.05
DIFFERENCE: 0.05
MECHANICAL TILT: -2
LATITUDE: 34.688 N
LONGITUDE: 83.120 W

**Azimuth Pointing System™ (APS) for Antenna Alignment**



*Multiwave Sensors Inc.*
*8510 Torbram Road, Unit 67*
*Brampton, Ontario L6T 5C7 Canada*
*Tel.: (905) 458-9060 • Fax: (905) 458-3079*

## Exhibit B



## How does the APS work?

Our Azimuth Pointing System™ (APS) is a GPS-based compass designed to effectively and efficiently align your antennas in real time. The APS solution is designed for ease of use and unparalleled accuracy that provides a true north azimuth measurement and GPS position. It is ergonomically designed to fit into a ruggedized tower bag for easy transportation and usage. Our APS solution is accurate, fast and scalable creating an effective solution for all your alignment needs.

Our 5 step solution for alignment:
1. Attach our APS device to the antenna with our Universal Mounting Bracket and sliding rail (patent pending)
2. Initiate PDA Antenna Aligner software
3. Align your antennas
4. Verify and save the alignment to a file on the ruggedized PDA
5. Access and review alignment reports with our Site Manager PC software anywhere, anytime

## Who can benefit from our APS solution?

Your customers rely on your network and we have created a solution that will increase the efficiency and reliability of your wireless network for all stakeholders.
Don't let network disruptions keep you awake at night - be proactive to make sure that your network is aligned 24/7 with our APS solution - seamless integration with accurate and actionable information.



## Specifications

### Performance
Azimuth accuracy       0.5º nominal   (relative to true north)
Tilt accuracy             0.2º nominal
Position accuracy     60 cm
Start up time            1 minute or less

### System components
• APS on rail              • Universal Mounting Bracket
• Ruggedized PDA      • PDA Antenna Aligner software
• Tower bag               • Shipping case
• Manual                    • Data Stick with PC Site Manager software

### Physical

**APS on Rail (patent pending)**
Dimensions:              29"x 5.5"x 5" (74 cm x 14 cm x 13 cm)
Weight:                      5.2 lb (2.4 kg)

**Universal Mounting Bracket (patent pending)**
Dimensions:              19"x 5"x 3" (48 cm x 13 cm x 8 cm)
Weight:                      4 lb (1.8 kg)

**Ruggedized PDA**
Dimensions:              6.5"x 3.75"x 1.75"
                                    (16.5 cm x 9.5 cm x 4.5 cm)
Weight:                      1 lb (0.49 kg)

**Tower Bag (all tower components fit inside)**
(APS on rail + Universal Mounting Bracket + Ruggedized PDA)
Dimensions:              30"x 10"x 8" (76cm x 25cm x 20cm)
Total weight:             16 lb (7.3 kg)

**Shipping Case**
Dimensions:              32"x 12"x 12" (82 cm x 30 cm x 30 cm)
Total shipping weight:  42 lb (19 kg)



APS on Rail          Universal Mounting Bracket

PDA

Tower Bag          Shipping Case

### Power
Internal battery:        Internal rechargeable lithium ion batteries
Operation time:         6.8 hrs (over 80 antenna alignments)
Battery monitor:        Displays remaining usage time in 0.1 hour increments
Battery charger:        Lithium ion smart charger (1.5 hours max charge time)
On/off button:          Membrane panel button with LED indicator

### Communication ports
Wireless:    Class 1 Bluetooth communication between APS and PDA
Wired:        Communication between APS and serial port of PDA with supplied cable as a backup

### Software
PDA software:           Antenna Aligner software for communications and alignment verification



PC software:            Site Manager software for generating custom Carrier profiles and verification reports



### Environmental
Operational temp:      -30º C to +60º C (-22º F to +140º F)
Sealing:                     NEMA 4X, IP67
Shock/vibration:        IEC 68-2-27 / IEC 68-2-6
EMI:                           FCC Part 15 Subpart B: 2008 and ICES-003:2004



**MultiWave Sensors™**

©2010 Multiwave Sensors Inc., all rights reserved.
Other names and trademarks are property of their respective owners.          Mar 2010