

# A Major Advancement in Antenna Alignment Systems

## Live Antenna Alignment



*Image courtesy of Fortune Wireless, Indianapolis, IN.*

## Foldable and Easily Transportable



## Multiple Mounting Configurations



*RIGHT SIDE OF ANTENNA BACKWARD MOUNTING LEFT POINTING ARMS*

*RIGHT SIDE OF ANTENNA FORWARD MOUNTING RIGHT POINTING ARMS*

*RIGHT SIDE OF ANTENNA SIDE MOUNTING FORWARD POINTING ARMS*

*Arrow represents antenna alignment direction.*

*The Smart Aligner can be mounted on either side of the antenna, in any arm position.*

*Irrespective of where the Smart Aligner is mounted or pointing, it always measures the antenna alignment direction.*

## Smartphone Enabled



**www.multiwavesensors.com**

**MultiWave** *Sensors*

Exhibit C

## Smart Aligner Features

- First foldable GPS Antenna Alignment Tool
- Universal Mounting Bracket - only one bracket required
- Multiple antenna mounting configurations for the most demanding spatial and RF conditions
- Tool and Bracket fit into Ruggedized Case
- Carry on baggage acceptable size
- Included Backpack to carry the Tool and Bracket – all included weighs 10 pounds
- GLONASS (Global Navigation Satellite System) enabled for increased performance

- Free smartphone *app*
- Pre-site setup using *app*:
  » Azimuth and Tilt targets
  » Sector/Position
  » Antenna types
- Measure, Verify and Save data using *app*
- Create Report from *app*
  » Include up to four photos in the report
  » Email Report directly from *app*
  » Database-ready data
- Import emailed Site data directly to *app*

## Smart Aligner Specifications

### Performance
| | |
|---|---|
| Azimuth accuracy: | 0.5º |
| Tilt and roll accuracy: | 0.1º |
| Position accuracy: | 60 cm with SBAS |
| Start up time: | < 30 seconds |

### Power
| | |
|---|---|
| Internal battery: | Rechargeable lithium ion |
| Operation time: | 7 hrs (over 80 alignments) |
| Battery charger: | AC wall charger and DC car charger |

### Physical
**Smart Aligner Tool (patent pending)**
| | |
|---|---|
| Dimensions: | 19"x 4.5"x 3" (48.3 cm x 11.4 cm x 7.6 cm) |
| Weight: | 4 lb (1.8 kg) |

**Universal Mounting Bracket (patented)**
| | |
|---|---|
| Dimensions: | 19"x 5"x 3" (48.3 cm x 12.7 cm x 7.6 cm) |
| Weight: | 5 lb (2.3 kg) |

**Carrying Case (contains all components)**
| | |
|---|---|
| Dimensions: | 21"x 16"x 8.5" (53.3 cm x 40.6 cm x 21.6 cm) |
| Weight: | 12 lb (5.4 kg) |
| *TOTAL WEIGHT* | 21 lb (9.5 kg) |

### Communication Ports
| | |
|---|---|
| LED backlit display: | User interface and display |
| Wi-Fi: | Smart Aligner to user's mobile device |
| Connectivity: | Smartphone/Tablet – iOS or Android |
| Cable interface: | Serial RS-232 |

### Reporting
| | |
|---|---|
| Report formats: | JPEG (screenshot), PDF or CSV |
| Photos: | Embedded in PDF report |

*Photos can also be used as a backup, by taking a picture of the User Display.*

### Environmental
| | |
|---|---|
| Operational temp: | -22º F to +158º F (-30º C to + 70º C) |
| Sealing: | NEMA 4X, IP67 |
| Shock/vibration: | IEC 68-2-27 / IEC 68-2-6 |
| EMI: | FCC Part 15 Subpart B: 2008 and ICES-003:2004 |



### Mounting Configurations to Antenna
**Multiple offset positions from bracket:** forward, side, backwards on left or right side of antenna
**Multiple arm positions:** user can orientate the arms according to physical limitations
**Offset and arm position tracking:** sensors track tool configuration and adjust the azimuth and tilt relative to antenna
**Number of mounting configurations:** 18

### Modes of Use (Smart Aligner App)
**Quick measure:** real time display of antenna orientation information with option to save a screenshot of the data
**Site survey:** set up of site and antenna information
**Align antenna:** real time display of antenna orientation information with option to verify the alignment
**Verify:** verify the alignment - ability to "Save" the alignment information after verification
**Report mode:** create PDF reports from verified alignments or historically saved sites - automatic attachment to email message
**Import profiles:** import CSV file with site and antenna information
**Export profiles:** export completed CSV file with appended measured alignment information - automatic attachment to email message

**Multiwave Sensors Inc.**
8510 Torbram Road, Unit 67
Brampton, Ontario  L6T 5C7
Canada

**TEL:** (905) 458-9060
**FAX:** (905) 458-3079
info@multiwavesensors.com
www.multiwavesensors.com



© 2014 Multiwave Sensors Inc. - All rights reserved. MultiWave Sensors and SmartAligner names and logos are trademarks of Multiwave Sensors Inc. Other names, logos and trademarks are property of their respective owners.          1402