## Performance

| | |
|---|---|
| Azimuth accuracy: | 0.5º |
| Tilt and roll accuracy: | 0.1º |
| Position accuracy: | 60 cm with SBAS |
| Start up time: | < 30 seconds |
| Operation time: | >10 hrs (over 100 alignments) |

## Power

| | |
|---|---|
| Internal battery: | Rechargeable lithium ion |
| Operation time: | 7 hrs (over 80 alignments) |
| Battery charger: | AC wall charger and DC car charger |

## Physical

*Smart Aligner Tool (patent pending)*

| | |
|---|---|
| Dimensions: | 19"x 4.5"x 3" (48.3 cm x 11.4 cm x 7.6 cm) |
| Weight: | 4 lb (1.8 kg) |

*Universal Mounting Bracket (patented)*

| | |
|---|---|
| Dimensions: | 19"x 5"x 3" (48.3 cm x 12.7 cm x 7.6 cm) |
| Weight: | 4 lb (1.8 kg) |

*Carrying Case (contains all components)*

| | |
|---|---|
| Dimensions: | 21"x 16"x 8.5" (53.3 cm x 40.6 cm x 21.6 cm) |
| Weight: | 12 lb (5.4 kg) |

*TOTAL WEIGHT 21 lb (9.5 kg)*

## Communication Ports

| | |
|---|---|
| LED backlit display: | User interface and display |
| Wi-Fi: | Smart Aligner to user's mobile device |
| Connectivity: | Smartphone/Tablet – iOS or Android |
| Cable interface: | Serial RS-232 |

## Reporting

| | |
|---|---|
| Report formats: | JPEG (screenshot), PDF or CSV |
| Photos: | Embedded in PDF report |

Photos can also be used as a backup, by taking a picture of the User Display.

## Options (fit in the Carrying Case)

- AIR21 Antenna Adaptor
- GOGO Antenna Bracket
- Laser AGL
- Microwave Adaptor

## Environmental

| | |
|---|---|
| Operational temp: | -22º F to +158º F (-30º C to + 70º C) |
| Sealing: | NEMA 4X, IP63 |
| Shock/vibration: | IEC 68-2-27 / IEC 68-2-6 |
| EMI: | FCC Part 15 Subpart B: 2008 and ICES-003:2004 |

## Mounting Configurations to Antenna

**Multiple offset positions from bracket:** forward, side, backwards on left or right side of antenna

**Multiple arm positions:** user can orientate the arms according to physical limitations

**Intelligent configuration detection:** Automatically calculates Azimuth, Tilt and Roll offsets

**Number of mounting configurations:** 18

## Modes of Use (Smart Aligner App)

**Quick measure:** real time display of antenna orientation information with option to save a screenshot of the data

**Site survey:** set up of site and antenna information

**Align antenna:** real time display of antenna orientation information with option to verify the alignment

**Verify:** verify the alignment - ability to "Save" the alignment information after verification

**Report mode:** create PDF reports from verified alignments or historically saved sites - automatic attachment to email message

**Import profiles:** import CSV file with site and antenna information

**Export profiles:** export completed CSV file with appended measured alignment information - automatic attachment to email message

## U.S. DISTRIBUTORS



**Midwest Unlimited**
1750 West O Street
Lincoln, NE 68528
**TOLL FREE:** 800-927-2170
**PHONE:** 402-434-5446
**midwestunlimited.com**



**GME Supply Co**
1801 Westfall Drive
Columbia, MO 65202
**TOLL FREE:** 800-940-6762
**PHONE:** 718-210-3913
**gmesupply.com**

## RENTAL HOUSE



**TRS-RenTelco**
830 West Airfield Drive
DFW Airport, TX 75261
**TOLL FREE:** 800-874-7123
**PHONE:** 972-456-4000
**trs-rentelco.com**

## MANUFACTURER

**MultiWave** *Sensors*

**Multiwave Sensors Inc.**
8510 Torbram Rd – Unit #67
Brampton, Ontario L6T 5C7
Canada
**PHONE:** 905 458 9060
**multiwavesensors.com**

© 2014 Multiwave Sensors Inc.

All rights reserved. MultiWave Sensors and SmartAligner names and logos are trademarks of Multiwave Sensors Inc.

Other names, logos and trademarks are property of their respective owners.

# COMPACT. POWERFUL. SMART.

Smart((•))Aligner

## LIKE NO OTHER ANTENNA ALIGNMENT TOOL



Exhibit D



**MultiWave** *Sensors*



The Smart Aligner is the smallest and most powerful Antenna Alignment Tool on the market. Compact design, exceptional performance, multiple configurations and smart phone enabled makes it the smartest choice for aligning your antennas. The incorporated GPS technology and sophisticated sensors calculate Azimuth, Tilt, Roll, Location and AGL of an antenna under the most demanding conditions.

## SMART CONFIGURATION



– Universal Mounting Bracket
– 18 antenna mounting positions for the most demanding spatial and RF conditions
– Automatically calculates Azimuth, Tilt and Roll offsets from the 18 antenna mounting positions
– Most antennas can be aligned without additional brackets
– Additional brackets fit in carrying case



*18 different mounting configurations!*

## SMART DESIGN

- Foldable GPS Antenna Alignment Tool
- Tool and bracket fit into ruggedized carrying case
- Easy to carry, transport and travel with
- Fits into provided backpack for easy transport up the tower
- Only weighs 8 pounds



*Arms extend away from antenna to eliminate GPS multipath errors*

## SMART PERFORMANCE

– Typical 0.5 degree Azimuth accuracy
– Tilt and roll accuracy of 0.1 degree
– Enhanced RF shielding
– GLONASS enabled for increased performance
– Fast acquisition time

*Bracket attaches to antenna in less than 20 seconds*

## SMART PHONE ENABLED

– Measure, Verify and Save data using our free App
– Create and send PDF reports wirelessly from your mobile device
– Include up to four photos for each antenna in the report
– Import and Export Site data directly to and from App



