

# Exhibit E